# NO. 12-13-00047-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE MATTER* | § | *APPEAL FROM THE 2ND* |
| *OF D.H.,* | § | *JUDICIAL DISTRICT COURT* |
| *A JUVENILE* | § | *CHEROKEE COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant has filed a motion to dismiss this appeal.  In his motion, Appellant states that he no longer wishes to pursue the appeal.  Because Appellant has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is **granted**, and the appeal is **dismissed**.

Opinion delivered April 3, 2013.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**APRIL 3, 2013**

## NO. 12-13-00047-CV

### IN THE MATTER OF D.H., A JUVENILE

Appeal from the 2nd Judicial District Court
of Cherokee County, Texas. (Tr.Ct.No. J-09-00025)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion be **granted** and the appeal be **dismissed**, and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*